

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 193RD JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 11th day of July, 2014, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| TEXAS HEALTH RESOURCES AND TEXAS HEALTH PRESBYTERIAN HOSPITAL DALLAS D/B/A PRESBYTERIAN HOSPITAL OF DALLAS, Appellants | On Appeal from the 193rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-13-09473-L. Opinion delivered by Justice Myers. Justices Lang and Brown participating. |

No. 05-13-01754-CV        V.

MICHELLE KRUSE, Appellee

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee MICHELLE KRUSE recover her costs of this appeal from appellants TEXAS HEALTH RESOURCES AND TEXAS HEALTH PRESBYTERIAN HOSPITAL DALLAS D/B/A PRESBYTERIAN HOSPITAL OF DALLAS.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 16th day of June, 2015.

LISA MATZ, Clerk